8758. GARRETT, sheriff, *et al. v.* WILLIAMS & McCOLLISTER.

BROYLES, P. J. This was a proceeding brought by the sheriff of Carroll county for the purpose of obtaining direction by a rule for the distribution of money in his hands, arising from a sale under a mortgage fi. fa. in favor of Williams & McCollister against Milton Barker, the fund

*being claimed by other fi. fas. placed in the sheriff's hands. Under all the facts of the case it does not appear that the court, sitting without the intervention of a jury, erred in holding that the claim of Williams & McCollister was entitled to be first satisfied out of the fund, and that the balance, if any, should be paid to the Peoples Bank.*

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*

DECIDED AUGUST 3, 1917.

Money rule; from city court of Carrollton—Judge Beall. February 15, 1917.

*R. D. Jackson,* for plaintiffs in error.

*Buford Boykin,* contra.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*